**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FATHER DEMETRIOS KEHAGIAS,**

       *Plaintiff,*

   -against-


**PHILADELPHIA INDEMNITY INS. CO.,**
**et al,**

       *Defendants.*

**23-cv-07567 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., District Judge:**

  Plaintiff is **ORDERED** to file a redlined document comparing his Complaint to the proposed Amended Complaint by October 6, 2023.

  The Court will hold a telephonic conference in this action on October 24, 2023 at 4:30PM Eastern Time.

  All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).


**SO ORDERED.**

**Dated:**  **October 4, 2023**
     **New York, New York**

              **ANDREW L. CARTER, JR.**
              **United States District Judge**