UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FATHER DEMETRIOS KEHAGIAS,

    *Plaintiff*,

-against-

PHILADELPHIA INDEMNITY INS. CO., et al,

    *Defendants*.

23-cv-07567 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

Pursuant to the October 24, 2023 conference, the Court deems Plaintiff's Amended Complaint, ECF No. 15-3, and its accompanying exhibits to be the operative Complaint. Defendants' deadline to file an answer or otherwise respond to the Amended Complaint is November 14, 2023.

**SO ORDERED.**

Dated:     **October 24, 2023**
            **New York, New York**

    **ANDREW L. CARTER, JR.**
    **United States District Judge**