UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**FATHER DEMETRIOS KEHAGIAS,**

      *Plaintiff*,

-against-

**PHILADELPHIA INDEMNITY INS. CO.,** et al,

      *Defendants*.

23-cv-07567 (ALC)

<u>ORDER</u>

---

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of the Proposed Intervenors' letter dated November 14, 2023, ECF No. 20, requesting leave to file a motion to intervene, and Defendant Philadelphia Indemnity Insurance Co.'s letter response, ECF No. 21. Proposed Intervenors' request is hereby **GRANTED**. The request for a pre-motion conference is **DENIED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

  Motion to Intervene:         November 22, 2023

  Defendants' & Plaintiff's Oppositions:   December 1, 2023

  Proposed Intervenors' Reply (if any) due: December 8, 2023

**SO ORDERED.**

**Dated: November 16, 2023**
     **New York, New York**

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**