```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FATHER DEMETRIOS KEHAGIAS,

                Plaintiff,

    - against -

PHILADELPHIA INDEMNITY INSURANCE COMPANY, et al,

                Defendants.
------------------------------------------------------------X

23-CV-7567 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    With respect to the pending motion to intervene, by December 14, 2023, Defendants shall file a sur-reply in the form of a letter no longer than three pages addressing Intervenors' suggested alternative forms of relief; namely, staying this action pending judgment in the underlying state action, or allowing Intervenors to appear as amicus curiae.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2023
       New York, New York

Copies transmitted this date to all counsel of record.