UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FATHER DEMETRIOS KEHAGIAS,

                Plaintiffs,

-against-

PHILADELPHIA INDEMNITY INSURANCE COMPANY, et al.,

                Defendant.

---

23-CV-07567 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Lehrburger for all General Pretrial Purposes, including settlement. All orders, dates, and deadlines imposed by Magistrate Judge Lehrburger likewise remain in effect, and applications concerning those matters should continue to be directed to Magistrate Judge Lehrburger.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 11, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge