```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FATHER DEMETRIOS KEHAGIAS,

                Plaintiff,

       - against -

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, et al,

                Defendants.
------------------------------------------------------------X

23-CV-7567 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the case management conference held on August 21, 2024, via Microsoft Teams, the parties, together with plaintiffs in the state-court case, shall meet and confer and by the later of (i) 30 days after judgment is entered in the state-court case or (ii) October 7, 2024, shall file a status report addressing the following: (1) filing of a proposed second amended complaint that includes the addition or substitution as plaintiffs in this case the plaintiffs in the state-court case, and (2) a proposed schedule for the remainder of the case.

      The Clerk of Court is directed to terminate the letter motion at Dkt. 47.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2024
        New York, New York

Copies transmitted this date to all counsel of record.