UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2024

-----------------------------------------------------------------X
FATHER DEMETRIOS KEHAGIAS,                    :
                                              :    23-CV-7567 (ALC) (RWL)
                             Plaintiff,       :
                                              :    **ORDER**
             - against -                      :
                                              :
PHILADELPHIA INDEMNITY INSURANCE              :
COMPANY, et al,                               :
                                              :
                             Defendants.      :
-----------------------------------------------------------------X


**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the status report filed on October 7, 2024, at Dkt. 54.  The

parties, together with plaintiffs in the state-court case, shall meet and confer and by the

later of (i) 30 days after judgment is entered in the state-court case or (ii) November 21,

2024, shall file a status report addressing the following:  (1) filing of a proposed second

amended complaint that includes the addition or substitution as plaintiffs in this case the

plaintiffs in the state-court case, and (2) a proposed schedule for the remainder of the

case.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: October 8, 2024
         New York, New York

Copies transmitted this date to all counsel of record.

1